USA vs. Council    13CR 774-2
Greeting Judge,    9/12/22

I'm writing to please ask for a 30 to 60 day extension on my §2255 motion. These USP is constantly being locked down. My institution where im being currently housed has been locked down two months out of the last three months. Which during lockdown the "Law Library" isn't accessible to me.

Which I've lost a great amount of imperative time to complete my law work. If not 60 days, please can I receive 30 days, Mainly b/c Shortage of Staff!
Sincerely
"Arnold Council"

FILED
SEP 20 2022
JUDGE JOHN J. THARP, JR.
UNITED STATES DISTRICT COURT



Arnold Council #22687-424
United States Penitentiary "Hazelton"
P.O. Box 2000
Bruceton Mills, WV 26525

PITTSBURGH PA 150
14 SEP 2022 PM 4 L

Legal Mail

RECEIVED
SEP 20 2022
JUDGE JOHN J. THARP, JR
UNITED STATES DISTRICT COURT

Judge John J. Tharp Jr.
219 S. Dearborn
Chicago, IL 60604